UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NICHOLAS G. PEACOCK,

     Plaintiff,

v.                                   Case No.  3:17cv794-LC-CJK

BOB JOHNSON, et al.,

     Defendants.
_____/

ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated June 7, 2018 (doc. 16).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  After reviewing *de novo* the timely filed objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The Magistrate Judge's Report and Recommendation (doc. 16) is adopted and incorporated by reference in this order.

2.    This action is DISMISSED <u>without</u> <u>prejudice</u> under 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim on which relief may be granted.

3.  The clerk shall close this file.

**DONE AND ORDERED** this 27th day of June, 2018.


　　s/*L. A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**